# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT CINCINNATI

MATTHEW E. ELLIOTT,

       Petitioner,    :    Case No. 1:24-cv-00449

  - vs -                               District Judge Jeffery P. Hopkins
                                          Magistrate Judge Michael R. Merz

WARDEN, Southern Ohio Correctional
  Facility

                                          :
       Respondent.

# ORDER

This habeas corpus case is before the Court on Petitioner's Motion to Request Case Status Update (ECF No. 21). That Motion is GRANTED. The status of the case is that it is pending before District Judge Hopkins on Petitioner's Objections to the Magistrate Judge's Supplemental Report and Recommendations recommending that the Petition be dismissed with prejudice as barred by the statute of limitations.

Petitioner's companion Motion to Present Evidence (ECF No. 20) is DENIED because it is untimely – the case is ripe for decision by Judge Hopkins. The additional evidence tendered does not show the case was timely filed.

March 18, 2025.

                                                          s/ *Michael R. Merz*
                                                   United States Magistrate Judge