**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| MATTHEW E. ELLIOT, | : | |
| | : | |
| *Petitioner,* | : | Case No. 1:24-cv-449 |
| | : | |
| vs. | : | Judge Jeffery P. Hopkins |
| | : | |
| WARDEN, Southern Ohio Correctional | : | |
| Facility, | : | |
| | : | |
| *Respondent.* | : | |

---

## ORDER ADOPTING REPORT AND RECOMMENDATION

---

This matter is before the Court on the Report and Recommendation (Doc. 10) and the Supplemental Report and Recommendation (Doc. 18) of United States Magistrate Judge Michael R. Merz, to whom this case was referred pursuant to 28 U.S.C. § 636(b). The Magistrate Judge recommends that the Petition (Doc. 3) be dismissed with prejudice as time barred. Petitioner filed objections to the original and supplemental R&Rs. Docs. 15, 19.

### I.      LAW AND ANALYSIS

A district judge must review de novo any timely objections to a magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1)(C); *see also* Fed. R. Civ. P. 72(b)(3). Upon review, the Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1).

Here, the Magistrate Judge recommends that the Petition be dismissed because it is time barred by the statute of limitations. Doc. 10, PageID 257–58; Doc. 18, PageID 283. Rather than address the Magistrate Judge's findings and conclusions on this issue in his objections, Petitioner asks for leniency in this case since he is proceeding pro se. Docs. 15, 19.

But as the Magistrate Judge already explained, a petitioner's status as a pro se litigant is not justification for delay. Doc. 10, PageID 257 (citing *Bonilla v. Hurley*, 370 F.3d 494, 497 (6th Cir. 2004)). Further, Petitioner's general, conclusory objections on this point "[do] not meet the requirement of specific objections and [are] tantamount to a complete failure to object." *Slater v. Potter*, 28 F. App'x 512, 513 (6th Cir. 2002); *see also Howard v. Sec'y of Health & Hum. Servs.*, 932 F.2d 505, 509 (6th Cir. 1991). Plaintiff has therefore forfeited de novo review. *Miller v. Currie*, 50 F.3d 373, 380 (6th Cir. 1995) ("The objections must be clear enough to enable the district court to discern those issues that are dispositive and contentious.").

## II.     CONCLUSION

Accordingly, Petitioner's objections (Docs. 15, 19) are **OVERRULED**, the Magistrate Judge's R&R and Supplemental R&R (Docs. 10, 18) are **ADOPTED**, and the Petition (Doc. 3) is **DISMISSED** with prejudice. Petitioner is **DENIED** any requested certificate of appealability and the Court hereby certifies to the United States Court of Appeals that an appeal would be objectively frivolous and therefore Petitioner should not be permitted to proceed in forma pauperis.

**IT IS SO ORDERED.**

Dated:  April 7, 2026

Hon. Jeffery P. Hopkins
United States District Judge

2